Babette A. Ceccotti
Joshua Ellison
COHEN, WEISS and SIMON LLP
330 West 42nd Street
New York, New York  10036
(212) 563-4100

Counsel for American Federation of
Television and Radio Artists

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| Air America Media, LLC, | ) |
| | ) Case No.: 10-10615 |
| Debtor. | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that pursuant to Rules 2002 and 9010(b) of the Rules of Bankruptcy Procedure, the undersigned attorneys appear for the American Federation of Television and Radio Artists ("AFTRA"), creditor and party in interest in this case, and request that all notice given or required to be given in this action and all related actions, be given and served upon the following:

> Babette Ceccotti
> COHEN, WEISS and SIMON LLP
> 330 West 42nd Street
> New York, NY  10036
> Telephone:  (212) 356-0227
> Facsimile:  (646) 473-8227
> Email:     bceccotti@cwsny.com
>
> Joshua Ellison
> COHEN, WEISS and SIMON LLP
> 330 West 42nd Street
> New York, NY  10036
> Telephone:  (212) 356-0229
> Facsimile:  (646) 473-8229
> Email:     jellison@cwsny.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers, whether formal or informal, *ex parte* or on notice, written or oral, referred to in the Bankruptcy Rules and Code sections specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affect or seek to affect in any way any rights or interests of the Debtor.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive the right to have final orders in noncore matters entered only after *de novo* review by a District Court Judge; or the right to trial by jury in any proceeding related to this case; or the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or to adjudicate rights in another applicable forum, or any other rights, claims, actions, defenses, setoffs, or recoupments to which the entities are or may be entitled under agreements, in law or in equity, all of which rights are expressly reserved.

Dated: February 3, 2010

                                                Respectfully submitted,

                                                /s/ Joshua Ellison
                                              Babette A. Ceccotti
                                              Joshua Ellison
                                              COHEN, WEISS and SIMON LLP
                                              330 West 42nd Street
                                              New York, New York 10036
                                              (212) 563-4100

                                              Attorneys for AFTRA

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of February, 2010, I caused a true and correct copy of the foregoing **Notice of Appearance and Request for Notice** to be duly served by electronic mail on all parties via the United States Bankruptcy Court's E-Filing Notification and upon on the parties listed below by first class mail, postage pre-paid:

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

Burton S. Weston
Garfunkel Wild, P.C.
111 Great Neck Road
Great Neck, NY  11021

/s/ Joshua Ellison
Joshua Ellison